**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000615
17-SEP-2020
08:54 AM

NO. CAAP-18-0000615

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellee, v.
GABRIEL STAN, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 1CPC-17-0001113)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Chan, Presiding Judge, Hiraoka and Wadsworth, JJ.)

Upon consideration of Defendant-Appellant Gabriel Stan's September 14, 2020 Motion to Dismiss Appeal, the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) Stan seeks to dismiss the appeal; (3) attached to the motion is Stan's declaration showing he understands the consequences of voluntary dismissal, consistent with Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 42(c); and (4) dismissal is authorized by HRAP Rule 42(b) and (c).

Therefore, IT IS HEREBY ORDERED that the motion is granted, and the appeal is dismissed.

DATED: Honolulu, Hawaiʻi, September 17, 2020.

/s/ Derrick H.M. Chan
Presiding Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge